JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON MARCEL CARR,<br><br>                Petitioner,<br><br>v.<br><br>CHRISTIAN PFEIFFER,<br><br>                Respondent. | Case No. 2:20-cv-9425-SK<br><br>**JUDGMENT** |

    Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2254 is dismissed with prejudice.[1]

DATED: June 30, 2022

_____
STEVE KIM
U.S. MAGISTRATE JUDGE

---

[1] Both parties consented to proceed before the undersigned for all proceedings, including entry of judgment. (ECF 2, 18). *See* 28 U.S.C. § 636(c)(1).